UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-40854 |
| | ) | Chapter 7 |
| ERVIN ROBERTOVICH MIRZAYANTS | ) | |
| SSN/ITIN xxx-xx-0797 | ) | NOTICE OF CHAPTER 7 |
| | ) | TRUSTEE'S OBJECTION TO |
| Debtor. | ) | CLAIMED EXEMPTIONS |
| | ) | AND MOTION FOR TURNOVER |

     Lee Ann Pierce, Chapter 7 Trustee, has filed papers asking the Court to sustain her objection to claimed exemptions and grant her motion for turnover. Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

     If you do not want the Court to grant the relief requested, you or your attorney must file with the Bankruptcy Clerk, on or before **December 20, 2010**, a signed and dated typewritten response explaining your position. The response must include the case name and number. Only an attorney may file a response or appear at a hearing on behalf of a corporation, partnership, or other formal legal entity.

     If you are an attorney, you must file any response electronically. *See* the July 14, 2005 general order and additional information regarding electronic filing (CM/ECF) on the Court's website at *www.sdb.uscourts.gov*. If you are not an attorney, your response may be mailed or delivered to the Bankruptcy Clerk, whose address is 400 S. Phillips Ave., Rm. 104, Sioux Falls, SD 57104-6851. The response must be mailed early enough to ensure the Bankruptcy Clerk *receives* it by the deadline stated above.

     If you or your attorney files a response, you or your attorney must also mail a copy of the response to any parties in interest, as defined by Local Bankruptcy Rule 9001-1(7), who will not receive electronic notice of the response. You or your attorney may obtain the names and addresses of the parties in interest listed in Rule 9001-1(7) by contacting the Bankruptcy Clerk's office at (605) 357-2400.

     A hearing on the Trustee's Objection to Claimed Exemptions and Motion for Turnover may be set by separate order if an objection or other response is filed by the deadline. If no one files and serves a response on or before the deadline, the Court may enter an order granting the relief requested without a hearing.

     Dated: December 3, 2010.

                                                           FITE & PIERCE LAW OFFICE
                                                           /s/ Lee Ann Pierce
                                                           By: Lee Ann Pierce
                                                           Chapter 7 Bankruptcy Trustee
                                                           316 Fourth Street/P.O. Box 524
                                                           Brookings, SD 57006-0524
                                                           Phone: 605/692-9415
                                                           Fax: 605/692-1433