UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-40854 |
| | ) | Chapter 7 |
| ERVIN ROBERTOVICH MIRZAYANTS | ) | |
| SSN/ITIN xxx-xx-0797 | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Debtor. | ) | |

I, Lee Ann Pierce, the undersigned, hereby certify that on the 3rd day of December 2010, true and correct copies of the Objection to Claimed Exemptions and Motion for Turnover and Notice of Chapter 7 Trustee's Objection to Claimed Exemptions and Motion for Turnover were served upon:

Ervin Mirzayants
2605 S. Avondale Ave.
Sioux Falls, SD 57110

Jeff C. Pitts
Town & Country Realtors
1800 S Alpine
Sioux Falls, SD 57110

Citimortgage Inc
PO Box 9438
Gaithersburg MD 20898

Service was made by United States mail, postage prepaid, directed to the address of record to anyone who was not served electronically by the United States Bankruptcy Clerk of Courts.

FITE & PIERCE LAW OFFICE

/s/ Lee Ann Pierce
By: Lee Ann Pierce
Chapter 7 Bankruptcy Trustee
316 Fourth Street/P.O. Box 524
Brookings, SD 57006-0524
Phone:  605/692-9415
Fax:  605/692-1433